IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY QUIGLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EAST BAY MANAGEMENT, INC., TED KARKUS, and JOHN DOE 1,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 13-3998 |

## ORDER

**AND NOW**, this 17th day of June, 2014, upon consideration of the Motion to Dismiss filed by Defendant Ted Karkus (Docket #5) and all supporting and opposing papers, and after argument held, it is hereby **ORDERED** that the Motion is **GRANTED** and the case is **DISMISSED WITH PREJUDICE**.[1]

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　　　Jeffrey L. Schmehl, J.

---

[1] As explained in the accompanying memorandum opinion, although only Defendant Karkus has appeared and moved to dismiss, the case is dismissed with prejudice as to all Defendants.